IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RITA B. STOKES, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE
OF KRISHNA STOKES, DECEASED                                    PLAINTIFF

V.                          CASE NO. 3:08CV00211 JMM

SWIFT TRANSPORTATION
COMPANY, INC., ET AL.                                          DEFENDANT

### ORDER

Based upon Plaintiff's Stipulation of Voluntary Dismissal with prejudice of Verlin M. Cobbs and Joy Cobbs in the above styled case, plaintiff's Motion to Strike and Withdraw Plaintiff's Motion or Default Judgment against Verlin M. Cobbs is granted (#17). The Clerk of the Court is directed to withdraw plaintiff's Motion for Default Judgment (#8). Defendant's Motion to Strike Affidavit of Service is dismissed as moot (#12).

IT IS SO ORDERED THIS  2   day of  February , 2010.

_____
James M. Moody
United States District Judge